CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 21 2006

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ANTONIO ROOTS, | ) | |
|     Petitioner, | ) | Civil Action No. 7:06-CV-00142 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| JEFFREY DILLMAN, | ) | By: Hon. Glen E. Conrad |
|     Respondent. | ) | United States District Judge |

In accordance with the accompanying memorandum opinion, it is now

**ORDERED**

that the petition for writ of habeas corpus filed by the petitioner shall be and hereby is **DISMISSED** without prejudice for failure to exhaust available state court remedies. The Clerk is directed to strike the case from the active docket of the court. The Clerk is further directed to send a certified copy of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the respondent.

    **ENTER:** This 20th day of March, 2006.

                                                                                 United States District Judge